## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JEFFERY L. EDWARDS**                                          **PLAINTIFF**

v.                            **No. 4:12-cv-747-DPM**

**MONTY WHATLEY and**
**UNION PACIFIC RAILROAD**                        **DEFENDANTS**

### ORDER

Unopposed motion for voluntary dismissal, № 7, granted.  Edwards's

claims under Title VII and 42 U.S.C. § 1981 are dismissed without prejudice.

The Court declines to exercise jurisdiction over the remaining Arkansas Civil

Rights Act claims.  28 U.S.C. § 1367(c)(3).  Those claims are remanded to the

Circuit Court of Jefferson County.  The Court remands, rather than dismissing

the ACRA claims, as Defendants suggest, for two reasons.  First, a remand

will keep this older case in a priority position on the Circuit Court's docket.

Second, requiring the plaintiff in these circumstances to use his one non-suit

on the state-law claims would discourage the post-removal abandonment of

secondary federal claims.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2014